IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURCH MICHAEL BOWEN,

    Petitioner,                   No. CIV S-06-2425 FCD GGH P

M. KRAMER, et al.,

    Respondent.               ORDER

_____/

        Petitioner has requested an extension of time to file his objections to the June 21, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 2, 2007 motion for an extension of time is granted; and

        2. Petitioner is granted twenty days from the date of this order in which to file his objections to the June 21, 2007 findings and recommendations.

DATED: 7/12/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
bowe2425.111